UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE ERECTORS, INC., a California corporation,<br><br>Defendant. | Case No. 4:13-mc-80193-CW<br><br>Central District of California<br>Case No. CV11-8673 GW (JEMx)<br><br>[PROPOSED] ORDER TO APPOINT PROCESS SERVER |

KKF/cl/0925.105.02(C).wpd
[Proposed] Order to Appoint Process Server                                   Case No. 4:13-mc-80193-CW

- 2 -

1    **IT IS SO ORDERED** that Janney & Janney Attorney Service, Inc. is
2 appointed as the designated process server and preparer of all the necessary
3 documents to enforce the judgment in the above-referenced matter by serving the
4 Writ of Execution. The U.S. Marshal's Service will remain as the Levying Officer.
5
6
7 DATED: 9/10/2013
8                                            HONORABLE CLAUDIA WILKEN
                                             UNITED STATES DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

[Proposed] Order to Appoint Process Server                Case No. 4:13-mc-80193-CW