UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN STATE ERECTORS, INC., a California corporation, <br><br> Defendant. | Case No. 4:13-mc-80193-CW <br><br> Central District of California <br> Case No. CV11-8673 GW (JEMx) <br><br> [PROPOSED] ORDER TO APPOINT PROCESS SERVER |

KKF/cl/0925.105.02(C).wpd
[Proposed] Order to Appoint Process Server                                          Case No. 4:13-mc-80193-CW

- 2 -

1    **IT IS SO ORDERED** that Janney & Janney Attorney Service, Inc. is
2    appointed as the designated process server and preparer of all the necessary
3    documents to enforce the judgment in the above-referenced matter by serving the
4    Writ of Execution. The U.S. Marshal's Service will remain as the Levying Officer.

5
6
7    DATED: 9/10/2013
8                                    HONORABLE CLAUDIA WILKEN
                                     UNITED STATES DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28